[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 19, 2010
JOHN LEY
CLERK

No. 08-15299
Non-Argument Calendar

_____

D. C. Docket No. 08-00123-CR-ORL-31-DAB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GRAZIELLE FERREIRA,
a.k.a. Yalisca Flores Munoz,
a.k.a. G. Mananda Ferreira-Pereira,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 19, 2010)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Grazielle Ferreira in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ferreira's convictions and sentences are **AFFIRMED**.